# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Caitlinrose Hoolihan Fisher
Matthew D. Forsgren

**CC:** Craig Raymond Baune
Garrett S. Fields
David Genrich
Harry Jacobs
Nathan Hoye Nelson

**FROM:** Hillary A. Grupe

**DATE:** April 29, 2025

**RE:** 24-3453  United States v. Tashena Crump

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**   REFERENCES TO THE RECORD.
*-References to transcripts should be to "Tr." (e.g. Tr. II at 392; Sent. Tr. at 12)*
See 8th Circuit Plan to Expedite Criminal appeals.
*-The reference to "Ex. B" on pg. 21 of the brief does not indicate what party entered the exhibit at trial (i.e. Govt., Crump, Dudley, etc.)*

**\*\*NOTE\*\***
(1) References to transcripts and the Presentence Investigation Report are to be directly to the documents using Tr. and PSR. Dual references to their district court docket numbers are not required, nor necessary.
(2) The Statutory Addendum at the end of the brief is not permitted and should be removed. If counsel wishes to provide the court with statutory provisions for ease of use, they may do so in the addendum. Statutory provisions added to the addendum are not counted toward the 15-page limit allotted in 8th Cir. Rule 28A(g).
(3) Counsel must provide this court with the exhibits referenced in the brief.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other

than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.