# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

    **TO:**    Caitlinrose Hoolihan Fisher
               Matthew D. Forsgren

    **CC:**    Craig Raymond Baune
               Garrett S. Fields
               David Genrich
               Harry Jacobs
               Nathan Hoye Nelson

    **FROM:**    Hillary A. Grupe

    **DATE:**    April 29, 2025

    **RE:**    24-3453  United States v. Tashena Crump

    In reviewing the electronic version of the addendum submitted with your opening brief, we noted the defects shown below. The court has instructed the clerk's office to carefully review the addendum to make sure that all orders appealed from are present. Please review the provisions of 8th Cir. R. 28A(g) and provide a complete electronic version of the addendum within five days of the date of this notice. If you fail to do so, an order will be entered directing you to show cause why the appeal should not be dismissed for failure to prosecute.

**X**    The addendum is overlength. See 8th Cir. R. 28A(g)(2)
    *Please remember to update the addendum references in the brief for the addendum pages being removed.*

    Once the electronic version of the addendum is approved for filing, you will receive a Notice of Docket Activity informing you that your brief and addendum have been filed. Please submit the required paper copies of the brief and addendum within five days of that notice. See 8th Cir. 28A(d) and (g)(4). If you have any questions, please contact our office.