

**FORSGREN FISHER**
McCALMONT DeMAREA TYSVER

CAITLINROSE H. FISHER
cfisher@forsgrenfisher.com
612.474.3310

June 4, 2025

**VIA ECF**

Susan E. Bindler
Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

    Re:    *United States of America v. Tashena Crump (31)*
                Oral Argument Availability—Case No. 24-3453

Dear Ms. Bindler:

    Counsel for Appellant Tashena Crump respectfully submits this letter regarding availability for oral argument in the above-captioned matter.

    Counsel for Ms. Crump will be participating in a two-week state-court criminal trial that will overlap completely with the October 20–24, 2025 future court setting. We will promptly notify the Court if any conflicts with other oral argument dates arise.

    Thank you for your consideration of this conflict in scheduling the oral argument in this matter.

                                                       Sincerely,

                                                       Caitlinrose H. Fisher

c:    Counsel of record (via e-service)