UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 24-3453

---

United States of America,

        Appellee,

v.

Tashena Lavera Crump,

        Appellant.

**APPELLANT'S MOTION
FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

---

Appellant Tashena Crump respectfully moves this Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure for an extension of time to file her reply brief in this matter. Ms. Crump's reply brief is currently due August 26, 2025. Ms. Crump respectfully requests a 21-day extension of time until September 16, 2025, for submission of her reply brief.

There is good cause to extend the briefing deadline. As the Government itself noted when requesting multiple briefing extensions spanning three months' time, the record in this case is voluminous. There are over 4,000 pages of transcripts, hundreds of trial exhibits, and over 3,000 underlying docket entries. Due to these circumstances, and the nature of the legal issues raised by Ms. Crump on appeal, the Government requested and received permission to file an overlength brief totaling

nearly 14,500 words.

Ms. Crump's counsel needs more than seven days to review the Government's overlength brief and prepare a reply brief that is helpful to the Court. The Government's recitation of the background alone spans nearly forty pages of briefing and, in some places, requires important context and correction. In addition, there is a new legal landscape since Ms. Crump filed her opening brief, due to the Supreme Court's decision in *Kousisis v. United States*, 606 U.S. __ (2025). The Government objected to Ms. Crump's request for stay of her appeal pending *Kousisis*. Nonetheless, that case is a focal point for the Government's brief, and cited as the sole or one of two most apposite authorities for two different arguments. This issue, too, was not addressed in Ms. Crump's opening brief and will take additional time to research and respond to.

On top of the complexities of the law and record, counsel for Ms. Crump has other substantial obligations over the next few weeks, including four expert depositions, a motion hearing on August 22, 2025, post-trial motions due in another matter on August 27, 2025, a motion to dismiss due August 29, 2025, and a response to a motion to dismiss in another matter due on September 12, 2025.

For all these reasons, there is good cause to extend the deadline for Ms. Crump to file a reply brief. Ms. Crump respectfully requests that the Court extend the deadline for filing her reply brief until September 16, 2025.

Dated: August 22, 2025

**FORSGREN FISHER McCALMONT DeMAREA TYSVER LLP**

s/ *Caitlinrose H. Fisher*
Matthew D. Forsgren, Reg. No. 0246694
Caitlinrose H. Fisher, Reg. No. 0398358
1500 Capella Tower
225 South 6th Street
Minneapolis, MN 55402
(612) 474-3300
mforsgren@forsgrenfisher.com
cfisher@forsgrenfisher.com

*Attorneys for Appellant Tashena Crump*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations imposed by Federal Rule of Appellate Procedure 27(d)(2). It contains 385 words.

This motion complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 27(d)(1), 32(a)(5) and 32(a)(6). It has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Cambria font.

This motion complies with the electronic-filing requirements of Local Rule 28A(h)(2) because it was scanned for viruses using Windows Defender and no virus was detected.

Dated: August 22, 2025                     *s/ Caitlinrose H. Fisher*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: August 22, 2025               *s/ Caitlinrose H. Fisher*