# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3453

United States of America

Appellee

v.

Tashena Lavera Crump

Appellant

___

Appeal from U.S. District Court for the District of Minnesota
(0:20-cr-00232-JRT-31)

___

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until September 16, 2025 to file the brief.

August 25, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler